**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 98-2710**

———————

BARRY K. MCCLAMROCK,

Plaintiff - Appellant,

and

CARLTON M. DEVORE,

Plaintiff,

versus

CONCORD, NORTH CAROLINA CITY, a North Carolina
Municipal Corporation; WILLIAM MORRISON,

Defendants - Appellees.

———————

Appeal from the United States District Court for the Middle Dis-
trict of North Carolina, at Greensboro.  Russell A. Eliason, Magis-
trate Judge.  (CA-95-223-4)

———————

Submitted:  April 20, 1999          Decided:  June 7, 1999

———————

Before NIEMEYER and LUTTIG, Circuit Judges, and HALL, Senior Cir-
cuit Judge.

———————

Dismissed in part and affirmed in part by unpublished per curiam
opinion.

———————

Barry K. McClamrock, Appellant Pro Se.  Anne E. Essaye, KILPATRICK STOCKTON, L.L.P, Charlotte, North Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Barry McClamrock appeals the magistrate judge's orders[*] deny-
ing him an extension of time to appeal and denying reconsideration.
The magistrate judge denied an extension of time by order dated
September 1, 1998.  McClamrock had thirty days to appeal from this
order under Federal Rule of Appellate Procedure 4(a)(1).  This time
period is mandatory and jurisdictional.  See Browder v. Director,
Dep't of Corrections, 434 U.S. 257, 264 (1978).

McClamrock filed his notice of appeal on October 20, 1998.
Because he failed to timely appeal, or obtain an extension of the
appeal period under Fed. R. App. P. 4(a)(5) or (6), we lack juris-
diction to consider his appeal to the extent he seeks review of the
magistrate judge's September order.  While McClamrock's appeal is
timely as to the magistrate judge's order denying reconsideration,
we find that the magistrate judge did not abuse his discretion by
denying the motion.  See NOW v. Operation Rescue, 47 F.3d 667, 669
(4th Cir. 1995) (discussing standard for reviewing motions filed
under Federal Rule of Civil Procedure 60(b)).  Accordingly, we af-
firm the magistrate judge's order denying reconsideration.  We
dispense with oral argument because the facts and legal contentions

---

[*] The parties consented to the jurisdiction of the magistrate
judge pursuant to 28 U.S.C. § 636(c) (1994).

are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED IN PART; AFFIRMED IN PART